**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

KIERRA DENISE LEWIS,

        Plaintiff,

v.                                                Case No.: 3:23-cv-715-WWB-MCR

WALMART, INC. and RICHFIELD
WINDOW COVERINGS, LLC,

        Defendants.
_____/

## ORDER

The Court has been advised by the Mediation Disposition Report that the above-styled action has been completely settled. (Doc. 91 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE AND ORDERED** at Jacksonville, Florida on March 27, 2025.

                                                                WENDY W. BERGER
                                                                 UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record